UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-2012 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: _____

AMAR BANSAL _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

Billy L. Ponds
Name (printed or typed)

202-333-2922
Voice Phone

The Ponds Law Firm
Firm Name (if applicable)

202-333-4114
Fax Number

1250 24th Street, NW, Suite 300

Washington, DC 20037
Address

plfpc@aol.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on August 29, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Karen Louise Federman Henry
Patricia Lisehora Kane
Roger Lee Wolfe, Jr.

_Signature_

August 30, 2013
Date

11/17/2011
SCC