# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT—CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 13-2012, Bansal v. Montgomery County, Maryland |
| **Originating No. & Caption** | 8:12-CV-00519-JFM |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 29 U.SC. Section 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | July 12, 2013 |
| Date notice of appeal or petition for review filed | August 12, 2013 |
| If cross appeal, date first appeal filed | n/a |
| Date of filing any post-judgment motion | n/a |
| Date order entered disposing of any post-judgment motion | n/a |
| Date of filing any motion to extend appeal period | n/a |
| Time for filing appeal extended to | n/a |
| Is appeal from final judgment or order? | ◉ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

01/30/2013
SCC

| Issues (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| See attached Exhibit B. |

| Adverse Parties (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Montgomery County, Maryland<br><br>Thomas Berry<br><br>Attorney: Karen Federman Henry & Patricia Kane<br>Address: County Attorney's Office for the County of Montgomery, Executive Office Building<br>101 Monroe Street<br>Rockville, Maryland 20850<br><br>E-mail: Karen.FedermanHenry@montgomerycountymd.gov<br>Phone: 240-777-6700 x 6761 | Adverse Party: Deputy Scott, Frank Pruitt<br><br>Steve Austin, Montgomery County Police & Sheriff<br><br>Attorney: Roger Lee Wolfe, Jr.<br>Address: Office of the Attorney General of Maryland<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br><br>E-mail: rwolfe@oag.state.md.us<br><br>Phone: 410-576-6388 |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Amar Bansal | Name: |
| Attorney: Billy L. Ponds<br>Address: The Ponds Law Firm<br>1250 24th Street, NW<br>Suite 300<br>Washington, DC 20037 | Attorney:<br>Address: |
| E-mail: plfpc@aol.com | E-mail: |
| Phone: 202-333-2922 | Phone: |

| **Appellant (continued)** | |
|---|---|
| Name: | Name: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

Signature: [signed]      Date: 8-30-13

Counsel for: [signed]

**Certificate of Service:** I certify that on __August 30, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| Karen Louise Federman Henry<br>Patricia Lisehora Kane<br>Roger Lee Wolfe, Jr. | |
|---|---|
| Signature: [signed] | Date: August 30, 2013 |

Bansal v. Montgomery County, Maryland
Appeal Number 13-2012
Exhibit A to Docketing Statement

Amar Bansal and Bina Binsal filed a complaint in United States District Court for the District of Maryland against the appellee's as a result of their tortious conduct in connection with his false arrest and false imprisonment on August 31, 2010. On July 12, 2013, the Honorable J. Frederick Motz dismissed the complaint against defendant/appellee Montgomery County and Officer Berry and pursuant to Judge Motz's Memorandum, the complaint against the defendants/appellees deputy sheriffs was subsequently dismissed. The appellant noted a timely appeal.

Bansal v. Montgomery County, Maryland
Appeal Number 13-2012
Exhibit B to Docketing Statement

The appellant appeals the Honorable J. Frederick Motz's dismissal of his complaint against the defendants named therein. The trial court erred in dismissing the plaintiff/appellant's complaint.